**STATE of Missouri, Respondent,**

**v.**

**Terry E. KITCHEN, Appellant.**

**Nos. WD 40975, WD 42179.**

Missouri Court of Appeals, Western District.

May 1, 1990.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of robbery in the first degree, § 569.020, RSMo 1986, and

sentence of twenty-five years imprisonment as a persistent offender. Also an appeal from denial of relief under Rule 29.15.

Judgments affirmed. Rules 84.16(b) and 30.25(b).